**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Allen Poyson,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Dora Schriro, et al.,<br><br>　　　　Respondents. | No. CIV-04-0534-PHX-NVW<br><br><u>DEATH PENALTY CASE</u><br><br>Contact Visit Order |

　　　　Pending before the Court is Petitioner and Respondents' Stipulation for Order to Allow Confidential Contact Visits between Petitioner, Robert Allen Poyson ("Poyson"), and Robert L. Smith, Ph.D., a psychologist, ("Dr. Smith") retained by Petitioner's counsel. After due consideration of the stipulation, and the relevant pleadings on file,

　　　　IT IS ORDERED that the parties' Stipulation for Order to Allow Confidential Contact Visits between Poyson and Dr. Smith (doc. #47) is GRANTED.

　　　　IT IS FURTHER ORDERED that Dr. Smith be permitted to have confidential contact visits with Poyson for psychological testing under the following terms:

1)　　Visitation shall take place on October 30 and 31, 2005, from 9:00 a.m. until 12:00 p.m. and from 1:00 p.m. to 5:00 p.m. each day.

2)　　Poyson's counsel shall make arrangements with Warden Meg Savage, Arizona State Prison - Eyman Complex SMU-II, or her designee, to schedule such visits.

3)     The Warden, through her staff, may require Dr. Smith to subject all instruments, equipment, manuals and the like to an inspection and inventory prior to and subsequent to any meeting with Poyson.

4)     If requested by Dr. Smith, the Warden, through her staff, shall remove handcuffs from Poyson so that Poyson may complete certain tests. However, Poyson shall at all times remain in leg irons. ADOC may require Poyson to wear a stun belt during the meetings.

5)     Both Poyson and Respondents recognize that Poyson's decision not to contest ADOC's practice of using a stun belt on Poyson does not constitute a waiver of the "stun belt issue" in any future request for a contact visit in this case or in any other case. Respondents' willingness to stipulate hereto should not be considered a waiver of any aspect of ADOC's non-contact visitation policy.

6)     Dr. Smith will be required to wear all protective gear, including any protective vest and/or safety goggles provided by ADOC. Dr. Smith will be allowed to wear a suit jacket over the protective vest. If requested, Dr. Smith shall be allowed to remove the protective vest and safety goggles if, in his opinion, the vest and/or the goggles interfere with the testing and evaluation of Poyson.

7)     The meetings between Poyson and Dr. Smith shall be confidential and take place in a room that allows for privacy. The room in which the meetings take place shall have a door that remains closed during the meeting. The room may have windows which allow the Warden, through her staff, to observe the meeting. Dr. Smith shall sit in chairs closest to the door, and Poyson shall not go between them and the door without permission. The room in which the meetings take place shall have three chairs and a table no larger than three feet in width.

8)     Dr. Smith shall be allowed to have physical contact with Poyson as is necessary to conduct testing.

9)     Before being allowed the contact visit authorized herein, Dr. Smith shall certify in a written release to ADOC that he has investigated and ascertained the risks to his personal safety associated with the visit as authorized by and under the circumstances described in this order; that he agrees to assume those risks; that he releases and holds harmless ADOC, the State of Arizona, and their officers and employees from any claim arising from death or injury associated with the risks assumed. However, such release shall not operate as a release of gross negligence on the part of ADOC.

IT IS FURTHER ORDERED that the Clerk of Court forward a copy of this Order to counsel of record; and to Michael Brodsky, Assistant Attorney General, Arizona Department of Corrections, 1275 West Washington, Phoenix, AZ 85007; Warden Meg Savage and

/ / /

/ / /

Deputy Warden McWilliams, Arizona State Prison, Eyman Prison Complex, SMU - II, 4374 East Butte Avenue, Florence, Arizona 85232; and to the Capital Case Staff Attorney's office only.

DATED this 25th day of October, 2005.

*Neil V. Wake*
Neil V. Wake
United States District Judge